AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL O'DONNELL

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005-mJ-0489-RBC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ April 1, 2003 _____ in _____ Middlesex _____ county in the _____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

by force and violence, or by intimidation, take from the person or presence of another any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of a bank

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 2113(a) ___

I further state that I am a(n) _____ Special Agent, FBI _____ and that this complaint is based on the following
                                Official Title
facts:

See attached affidavit of Special Agent Kenneth J. Benton

Continued on the attached sheet and made a part hereof:    [X] Yes    [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

09-20-2005  at 1:08 pm           at     Boston, Massachusetts
Date                                          City and State

_____
Signature of Judicial Officer

Robert B. Collings
U.S. Magistrate Judge
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                        U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.** II        **Investigating Agency** FBI

**City** Westford              **Related Case Information:**

**County** Middlesex           Superseding Ind./ Inf. _____        **Case No.** 05-101 DPW
                               Same Defendant _____  New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Michael O'Donnell              Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date: 1968      SS#: 8207      Sex: M   Race: White      Nationality: American

Defense Counsel if known:   Kevin L. Barron         Address: 453 Washington St., #5B
                                                             Boston, MA 02111

Bar Number:   _____

**U.S. Attorney Information:**

AUSA   Donald L. Cabell                  Bar Number if applicable   _____

Interpreter:   ☐ Yes   ☒ No        List language and/or dialect:   _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:   September 16, 2005

☐ Already in Federal Custody as _____ in Boston, Nashua Street
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 20, 2005        Signature of AUSA: _/s/ Donald L. Cabell_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Michael O'Donnell

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §2113(a) | Bank Robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:    FBI

odonnell js45 for complaint.wpd - 3/13/02