AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

MICHAEL O'DONNELL

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05M 0489 RBC

I, MICHAEL O'DONNELL, charged in a ☑ complaint ☐ petition pending in this District with bank robbery in violation of 18, U.S.C., 2113(a), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

x Mike O'Donnell
Defendant

SEP 29 2005
Date

x [signature]
Counsel for Defendant